IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRIYAKI KAWANA AUSTIN, AIS#185104, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:09cv320-TMH ) |
| BILL WYNNE, et al., | ) ) |
| Defendants. | ) |

**ORDER AND OPINION**

On August 26, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 16). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice.

Done this the 18th day of September, 2009

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE